# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

KAITLIN ARREDONDO, INDIVIDUALLY AND ON
BEHALF OF HER MINOR CHILDREN, AYDEN
AYMOND AND ALLISON AYMOND

VERSUS

UNDERWRITER'S AT LLOYD'S OF LONDON,
BAYOU GUN RUNNER, L.L.C., CARLOS NEAL
DAVILA, UNITED SERVICES AUTOMOBILE
ASSOCIATION AND THE STATE OF LOUISIANA
THROUGH THE DEPARTMENT OF TRANSPORTATION

### CONSOLIDATED WITH

BETTY SCARBOROUGH, INDIVIDUALLY AND ON
BEHALF OF THE ESTATE OF HER DECEASED
SON, LAWRENCE SCARBOROUGH

VERSUS

UNITED STATES AUTOMOBILE ASSOCIATION,
EAN HOLDINGS, LLC, CARLOS DAVILA,
KAITLIN ARRENDONDO, ABC INSURANCE
COMPANY, AND STATE FARM MUTUAL
AUTOMOBILE INSURANCE COMPANY

### CONSOLIDATED WITH

RASHONDRIK RAMI

VERSUS

UNDERWRITER'S AT LLOYD'S OF LONDON,
BAYOU GUN RUNNER, LLC, CARLOS NEAL
DAVILA, UNITED SERVICES AUTOMOBILE
ASSOCIATION AND THE STATE OF LOUISIANA
THROUGH THE DEPARTMENT OF TRANSPORTATION

### CONSOLIDATED WITH

STATE FARM MUTUAL AUTOMOBILE INSURANCE
COMPANY AND BETTY LEGIER SCARBOROUGH IN
HER CAPACITY AS INDEPENDENT
ADMINISTRATRIX OF THE SUCCESSION OF
LAWRENCE DUNBAR SCARBOROUGH III

VERSUS

CARLOS DAVILA, USAA CASUALTY INSURANCE
COMPANY, EAN HOLDINGS, LLC, KAITLYN
ARRENDONDO, AND ABC INSURANCE COMPANY

### CONSOLIDATED WITH

STATE OF LOUISIANA, THROUGH THE
DEPARTMENT OF TRANSPORTATION AND
DEVELOPMENT

MAR 13 2020

VERSUS

CARLOS DAVILA NEAL, EAN HOLDINGS, LLC,
AND UNITED SERVICES AUTOMOBILE
ASSOCIATION

# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

**MAR 1 3 2020**

In Re:    The State of Louisiana, through the Department of Transportation and Development, applying for supervisory writs, 18th Judicial District Court, Parish of Pointe Coupee, No. 48038 c/w 48069 c/w 48072 c/w 48082 c/w 48087.

BEFORE:    **McDONALD, THERIOT, AND CHUTZ, JJ.**

**WRIT DENIED.**

> JMM
> MRT
> WRC

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT